UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


QWANTARRA DEMOND BARNES,

        Petitioner,

                                        File No. 2:07-cv-111

v.

                                        HON. ROBERT HOLMES BELL

JEFF WHITE,

        Respondent.

_____/


## MEMORANDUM OPINION AND ORDER
## ADOPTING THE REPORT AND RECOMMENDATION

On November 24, 2009, United States Magistrate Judge Timothy P. Greeley issued

a Report and Recommendation ("R&R"), recommending dismissal of Petitioner Qwantarra

Demond Barnes's 28 U.S.C. § 2254 petition and denial of a certificate of appealability. (Dkt.

No. 14.)  No objections have been filed.  The Court has reviewed the proposed findings of

fact and the recommendations of the R&R and will adopt the R&R as the opinion of the

Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 14) is

**APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner Qwantarra Demond Barnes's 28 U.S.C.

§ 2254 petition (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court denies a certificate of appealability as to the claims raised in Petitioner's petition.


Dated: January 7, 2010                    /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          UNITED STATES DISTRICT JUDGE